# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-27V
(not to be published)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| PHINEAS ADAM TURNER, *as father and legal guardian of* E.L.T., *a minor,* * * * | October 23, 2017 |
| Petitioner, * * | Joint Stipulation of Dismissal; Rule 21(a); No Judgment; Order Concluding Proceedings |
| v. * * | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, * * * | |
| Respondent. * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER CONCLUDING PROCEEDINGS

On October 23, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master